IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FREDDIE MONROE PICKETT | § | |
| VS. | § | CIVIL ACTION NO. 1:24-cv-190 |
| JOHN DOE, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Freddie Monroe Pickett, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a Motion for Leave to Proceed *in Forma Pauperis* (doc. #6).  This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Title 28 U.S.C. § 1915(g) prohibits prisoners from repeatedly filing frivolous or malicious complaints or appeals on an *in forma pauperis* basis, as well as complaints that fail to state a claim upon which relief may be granted.  Section 1915(g) provides as follows:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action [*in forma pauperis*] . . . if the prisoner has, on three or more occasions . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Prior to the date on which he filed this lawsuit, at least five lawsuits or appeals filed by Plaintiff were dismissed as frivolous or for failure to state a claim.  *See Pickett v. Slawson*, No. 4:08cv67 (N.D. Tex. Aug. 28, 2008) (dismissed as frivolous and for failure to state a claim); *Pickett v. Slawson*, No. 08-10900 (5th Cir. June 2, 2009) (appeal dismissed as frivolous); *Pickett v. State of Tex.*, No. 4:08cv594 (N.D. Tex. Apr. 2, 2009) (dismissed as frivolous and for failure to state a

claim); *Pickett v. State of Tex.*, No. 09-10368 (5th Cir. Dec. 18, 2009) (appeal dismissed as frivolous); and *Pickett v. Hunn*, No. 4:08cv708 (N.D. Tex. Apr. 2, 2009) (dismissed for failure to state a claim).  Accordingly, Section 1915(g) applies to this action.

Plaintiff's Complaint was filed on May 13, 2024.  He alleges that in October, 2023, he was assaulted by prison guards.  He does not state he was subsequently threatened.

The allegations set forth in Plaintiff's Complaint do not demonstrate he was in imminent danger of serious physical injury at the time he filed his Complaint.  *See Banos v. O'Guin*, 144 F.3d 883, 884 (5th Cir. 1998).  Section 1915(g) therefore bars Plaintiff from proceeding with this lawsuit on an *in forma pauperis* basis.

<u>Recommendation</u>

This lawsuit should be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g) unless Plaintiff pays the $405 filing fee within 14 days of the date set forth below.

<u>Objections</u>

Objections must be (1) specific, (2) in writing, and (3) filed within 14 days after receiving a copy of this report.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

**SIGNED this the 11th day of July, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

2