IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FREDDIE MONROE PICKETT | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv190 |
| JOHN DOE, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Freddie Monroe Pickett, proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g) unless plaintiff paid the $405 filing fee.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2). No objections were filed to the Report and Recommendation.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 8] is ADOPTED as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 6th day of August, 2024.**

Michael J. Truncale
United States District Judge

---

[1] The docket sheet reflects that plaintiff submitted a check in the amount of $405. However, plaintiff subsequently stopped payment on the check.